United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 5, 2006**

Charles R. Fulbruge III
Clerk

**R E V I S E D   05/15/06**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-11432

_____

POSITIVE SOFTWARE SOLUTIONS, INC.

                                        Plaintiff-Appellee

   v.

NEW CENTURY MORTGAGE CORPORATION; NEW CENTURY FINANCIAL
CORPORATION; eCONDUIT CORPORATION; THE ANYLOAN COMPANY; JEFF
LEMIEUX; FRANK NESE

                                        Defendants-Appellants

- - - - -
Appeal from the United States District Court for the
Northern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion January 11, 2006, 5 Cir., 2006, _____F.3d____)

BEFORE:  JONES, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, SMITH,
         WIENER, BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART,
         DENNIS, CLEMENT, PRADO and OWEN, Circuit Judges.[1]

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the

_____

        [1]Judge King did not participate in the decision.

court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.